

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Annette Douglas v. Anthony J. Douglas

Appellate case number:    01-10-00477-CV

Trial court case number:   2009-68489

Trial court:              310th District Court of Harris County

On November 29, 2012, appellant, Annette Douglas, filed a "Motion to Extend Time to File Appellant's Brief." In her motion, appellant requests an additional two to three months to file her brief "mainly because of the Court Reporter Ben Alva [sic] docket schedules," but also because she needs additional time to review the record and prepare her brief. On October 24, 2012, however, this Court ordered that, because appellant failed to show that she paid or made arrangements to pay the court reporter by the deadline imposed by this Court[1], we would consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). Therefore, the court reporter's schedule is irrelevant to the briefing schedule in this case.

Accordingly, appellant's motion is granted in part and denied in part. Appellant's brief is ORDERED to be filed by no later than January 2, 2013.

Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief.

It is so ORDERED.

Judge's signature: /s/ Jim Sharp, Jr.
                ☑ Acting individually    ☐ Acting for the Court

Date: December 3, 2012

---

[1]    In her motion to extend time, appellant states that she does "not know if the Court Reporter Record [sic] is needed without looking over it" and that the court reporter has not responded to her requests, thereby confirming that she still has not paid or made arrangements to pay for the reporter's record.